UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE LARA,

        Plaintiff,

   -against-

J & Z FOOD MART AND SUPERMARKET INC., et al.,

        Defendants.
------------------------------------------------------------X

20 Civ. 9152 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the initial pretrial conference ("IPTC") is scheduled for January 21, 2021;

 WHEREAS, Defendants have not yet appeared, and per the affidavit of service at Dkt. No. 11, Defendant J & Z Food Mart and Supermarket Inc. ("J & Z") was required to answer or otherwise respond to the Complaint by January 12, 2021;

 WHEREAS, by letter dated January 12, 2021, Plaintiff has informed the Court that Defendant J & Z has retained counsel for settlement purposes only and requests a four-week adjournment of the IPTC to engage in settlement discussions, representing that he will move for default judgment if the parties are unable to settle.  (Dkt. No. 12).  It is hereby

 **ORDERED** that Plaintiff shall file affidavits of service for the individual Defendants as soon as possible and no later than **January 29, 2021**.  It is further

 **ORDERED** that the January 21, 2021, 10:50 a.m. conference is adjourned to **February 18, 2021, at 10:50 a.m.**  For any defendant that has been served and has not timely answered or otherwise responded to the Complaint, Plaintiff shall prepare and file default judgment materials in accordance with the Individual Rules, Attachment A by **February 5, 2021**.

 The Clerk of Court is respectfully directed to close Dkt. No. 12.

Dated: January 13, 2021
   New York, New York

                  LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE