UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JORGE LARA,
                 Plaintiff,

-against-

J & Z FOOD MART AND SUPERMARKET INC., et al.,

                 Defendants.
------------------------------------------------------------- X

20 Civ. 9152 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 8, 2021, the parties filed a joint letter along with their settlement agreement and attorney billing details (Dkt. No. 20), in this action arising under the Fair Labor Standards Act.  It is hereby

**ORDERED** that the settlement agreement, is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors for determining whether proposed settlement is fair and reasonable).  It is further

**ORDERED** that Plaintiff's counsel's request for $5,000.00 in attorneys' fees and costs is GRANTED.  The remainder of the settlement shall be distributed to Plaintiff.

The Clerk of Court is respectfully directed to close this case.

Dated: March 26, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**